UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GUTIERREZ and KOJI SAKUGAWA, on behalf of themselves and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DOWNEY RESTAURANT GROUP, INC., and BUENA PARK RESTAURANT GROUP, INC., California corporations, doing business as GAUCHO GRILL, and DOES 1-10,<br><br>　　　　Defendants | Case No.: 2:20-cv-08370-SB (PDx)<br><br>ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO FILE RULE 26(f) REPORT |

　　The Court issued an order setting Mandatory Rule 26(f) Scheduling Conference for January 22, 2021. Under the Court's MSC Order, the parties' Joint Rule 26(f) report was due no later than by January 15, 2021.

　　IT IS HEREBY ORDERED that the parties are to show cause, at a hearing on **January 29, 2021 at 8:30 a.m.**, why the Court should not issue sanctions for failure to comply with the Court's MSC Order, Fed. R. Civ. P 26(f), and L.R. 26-1. The parties are further ORDERED to file **by January 25, 2021**: (a) a declaration re: sanctions (L.R. 83-7); and (b) a Joint Rule 26(f) report that strictly follows the MSC Order.

DATED: January 20, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge