JSS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-08370-SB (PDx) | Date: | 1/28/2021 |
|---|---|---|---|

Title: *Jesus Gutierrez, et al. v. Downey Restaurant Group, Inc., et al.*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **ORDER DISMISSING CASE WITHOUT PREJUDICE**

The Court has reviewed Plaintiffs' Request. (Dkt. No. 27.) Though presented as a request, the parties have stipulated to dismiss the action without prejudice due to the presence of a substantially similar action pending in state court. (*Id.* at 2-3.) Accordingly, Plaintiffs request that the Court dismiss the action without prejudice on behalf of themselves and the proposed class. The Court **GRANTS** the request.

Pursuant to Federal Rule of Civil 41(a)(2), the action is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.